THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD COGGINS, Defendant-Appellant.

(No. 11550;

Fourth District—August 30, 1972.

Opinion by Mr. PRESIDING JUSTICE CRAVEN.

Kenneth L. Gillis, of Defender Project, of Chicago, for appellant.

Basil G. Greanias, State's Attorney, of Decatur, for the People.